IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| PAUL A. REED, | § § § | |
|---|---|---|
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 1:11-cv-01048-SS |
| INTEL CORPORATION, | § § § | |
| *Defendant.* | § | |

### DEFENDANT INTEL CORPORATION'S
### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

In accordance with Rule AT-3 of the Local Rules of the United States District Court for the Western District of Texas, attorneys for Defendant Intel Corporation ("Intel") file this Motion to Withdraw and Substitute Counsel.

Nancy Ebe and Jeffrey A. Hagelman with the firm Ebe and Associates, P.C. are attorneys for Intel and seek to withdraw for the reason that Ms. Ebe and Mr. Hagelman will not be in private practice as of November 29, 2012 and November 19, 2012 respectively.  The successor attorneys are Juliann H. Panagos and Michael D. Seale with the firm Crain Caton & James, PC substituting as counsel of record for Intel in place of Ms. Ebe and Mr. Hagelman.  Ms. Panagos appears as attorney-in-charge and Mr. Seale appears as attorney of record for Intel.

All correspondence and communications to Intel may be made to:

> Juliann H. Panagos
> Michael D. Seale
> Crain, Caton & James, PC
> 1401 McKinney, Suite 1700
> Houston, Texas 77010-4035
> Telephone:  (713) 658-2323
> Facsimile:  (713) 4257996
> Email: jpanagos@craincaton.com
> Email: mseale@craincaton.com

Intel consents to this withdrawal and substitution.  This withdrawal and substitution is unopposed by counsel for Plaintiff.

> Respectfully submitted,
>
> EBE AND ASSOCIATES, P.C.
>
> By:  *s/Nancy Ebe*
> NANCY EBE
> Texas State Bar No. 06384650
> nancy@ebeassoc.com
> JEFFREY A. HAGELMAN
> jeff@ebeassoc.com
> Texas State Bar No. 24007297
> 114 W. 7th St., Suite 800
> Austin, Texas 78701
> Telephone: (512) 370-1900
> Facsimile:  (512) 370-1901
>
> CRAIN, CATON & JAMES PC
>
> JULIANN H. PANAGOS
> Texas State Bar No. 06861100
> jpanagos@craincaton.com
> MICHAEL D. SEALE
> mseale@craincaton.com
> Texas State Bar No. 00784938
> 1401 McKinney, Suite 1700
> Houston, Texas 77010-4035
> Telephone: (713) 658-2323
> Facsimile:  (713) 658-1921
>
> ATTORNEYS FOR DEFENDANT INTEL CORPORATION

000001/000140
140 - 672379v1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw and Substitute Counsel was served upon all attorneys of record and proposed successor attorneys on the 2nd day of November 2012 in the manner stated:

ELECTRONICALLY VIA THE CM/ECF SYSTEM
AND EMAIL

KO@OBRIENLAWPC.COM
Kerry V. O'Brien
O'Brien Law Firm, PC
1011 Westlake Drive
Austin, Texas 78746

NANCY@EBEASSOC.COM
JEFF@EBEASSOC.COM
Nancy Ebe
Jeffrey A. Hagelman
Norwood Tower
114 W. 7th Street, Suite 800
Austin, Texas 78701

JPANAGOS@CRAINCATON.COM
MSEALE@CRAINCATON.COM
Juliann H. Panagos
Michael D. Seale
Crain, Caton & James, PC
1401 McKinney, Suite 1700
Houston, Texas 77010-4035


By: *s/ Juliann H. Panagos*